No. 616, Misc.   PARSONS v. INDIANA.   C. A. 7th Cir. Certiorari denied.

No. 617, Misc.   NORWOOD v. PARENTEAU ET AL.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se*.   *Daniel K. Loucks* for respondents.

No. 619, Misc.   SANDERS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 621, Misc.   HOLLAND v. CAPITAL TRANSIT Co. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 636, Misc.   HALL v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 640, Misc.   AGUILAR v. UNITED STATES ET AL. C. A. 9th Cir.   Certiorari denied.   *David Shapiro* for petitioner.   *Solicitor General Sobeloff* for the United States.

No. 642, Misc.   ALVAREZ v. NEW YORK.   Appellate Division of the Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 644, Misc.   VEAL v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 645, Misc.   ROCKWELL v. NEW YORK, Appellate Division of the Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 662, Misc.   KOLLEN v. IOWA.   Supreme Court of Iowa.   Certiorari denied.